**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| **BRIDGETT S. THOMAS and** § | | **CIVIL ACTION NO.____** |
| **WILLIAM J. THOMAS, JR.,** § | | |
|    **Plaintiffs** § | | |
| § | | |
| § | | |
| **VS.** § | | **JURY DEMAND** |
| § | | |
| § | | |
| **ALLSTATE TEXAS LLOYDS,** § | | **NOTICE OF REMOVAL OF ACTION** |
|    **Defendant.** § | | **UNDER 28 U.S.C. §1441(a)** |

---

**NOTICE OF REMOVAL OF ACTION UNDER U.S.C. §1441**

---

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Please take notice that, pursuant to 28 U.S.C. § 1441 and 1446, Allstate Texas Lloyds, Defendant Herein, removes to this Court the state court action pending in the 172ND Judicial District Court of Jefferson County, Texas, and invoking this Court's diversity jurisdiction, on the grounds explained below.

    1.    On October 11, 2019, Plaintiffs filed suit in Jefferson County against the Defendant. The suit was assigned to the 172nd Judicial District Court of Jefferson County, Texas, styled Cause No. E-204699; Bridgett S. Thomas and William J. Thomas, Jr. *v. Allstate Texas Lloyds*. Defendant was served/received notice of this suit on October 30, 2019. As required by 28 U.S.C. § 1446(b), this notice of removal is timely filed by the Defendant within thirty (30) days following receipt by Defendant of the initial pleadings.

    2.    Removal of this action is proper, because this Court has original diversity jurisdiction under 28 U.S.C. § 1332 and the action is one that may be removed by

Defendant pursuant to 28 U.S.C. § 1441(b); specifically, this is a civil action wherein the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and the Defendants are diverse in citizenship from Plaintiffs.

3.      There is complete diversity among the parties as required by 28 U.S.C. § 1332(a). Plaintiffs are citizens of Texas. Allstate Texas Lloyds is a "Lloyds" insurer. A citizenship of an unincorporated association is determined by the citizenship of its members. 28 U.S.C. § 1332(a). For the purposes of determining citizenship of a Lloyds organization, the court looks to the citizenship of the Lloyds members. *See Massey v. State Farm Lloyds Ins. Co.*, 993 F. Supp. 568, 570 (S.D. Tex. 1998). Here, Allstate is an unincorporated association of individual underwriters who are all residents and citizens of the State of Illinois. Accordingly, Allstate is a citizen of the State of Illinois. *See Id.*.

4.      The amount in controversy exceeds $75,000.00 as required by 28 U.S.C. § 1332 (a). Plaintiffs' Original Petition recites that they are seeking actual damages, statutory damages, treble damages, and attorney's fees for breach of contract and violations of Chapter 541 and 542 of the Texas Insurance Code, breach of the duty of good faith and fair dealing, and misrepresentation relating to the Defendant's alleged failure to properly adjust the claim for Plaintiffs' alleged property damage. Plaintiffs' Petition states Plaintiffs are seeking monetary relief over $200,000.00, but not more than $1,000,000.00. Thus, Plaintiffs' Petition shows on its face, that Plaintiffs' claims are in excess of $75,000.00. *See* Plaintiffs' Petition incorporated herein under Exhibit "A".

5.      The Clerk's full record in this case is attached as Exhibit "B". A list of all Counsel of Record is attached as Exhibit "C". The Civil Cover Sheet is attached as Exhibit "D".

6.      Venue is proper in this district because the district and division embrace the place where the removal action has been pending.

7.      Defendant will promptly provide written notice of the filing of this Notice of Removal to all parties and to the clerk of the 172nd Judicial District Court of Jefferson County, Texas.

8.      Defendant respectfully request that the state court action be removed and placed on this Court's docket for further proceedings.  Defendant further request any additional relief to which they may be justly entitled.

DATE: November 26, 2019.


Respectfully submitted,


*/s/ John M. Causey*

_____

John M. Causey
State Bar No. 04019100
Southern District Bar No. 23926
HOPE & CAUSEY, P. C.
P. O. Box 3188
Conroe, Texas 77305-3188
(936) 441-4673 - Telephone
(936) 441-4674 - Facsimile
hcdocket@hope-causey.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

   Pursuant to the Federal Rules of Civil Procedure, I hereby certify that a true and correct copy of the foregoing instrument has been delivered to all interested parties on November 26, 2019, via e-filing addressed to:

*SCOTT LAW OFFICE, P.C.*
*Danny Ray Scott*
*P.O. Box 53358*
*Houston, TX 77052*
*casenotifications@scottlawyers.com*
**ATTORNEYS FOR PLAINTIFFS**


            */s/ John M. Causey*

            John M. Causey